IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DENNIS ROBERSON,** *Plaintiff,* | § § § | |
| v. | § § | MO:23-CV-00145-DC |
| **ERIC DEANDA, ISHMAEL FLORES, PATRICK GILLIS,** and **DONALD ALSBROOKS,** all in their individual capacities, *Defendants.* | § § § § § | |

# FINAL JUDGMENT

On this date, the Court issued an order granting Defendants' summary judgment motion.[1] As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

SIGNED THIS 10TH DAY OF JANUARY, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 17.